IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3012 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| ALLESTER GLENN WELLS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel, and without objection by government's counsel,

IT IS ORDERED that:

(1)   The defendant's oral motion to continue trial is granted;

(2)   Trial of this case before the undersigned United States district judge is continued to 9:00 a.m., Monday, June 27, 2005, as the number two criminal case, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)   The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

DATED this 21st day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge