IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3012 |
| | ) | JUDGMENT OF ACQUITTAL |
| vs. | ) | |
| | ) | |
| ALLESTER GLENN WELLS, JR., | ) | |
| | ) | |
| Defendant. | ) | |


The defendant has been found not guilty on Count I  of the indictment and is discharged as to such count.

DATED July 22, 2005.



BY THE COURT


s/ Richard G. Kopf
_____
United States District Judge