IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3012 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALLESTER WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion for release of cash bond (filing 39) is granted, and the $5,000 cash bond deposit shall be refunded and returned to Connie L. Wells.  (See filing 12 attachments.)

    August 1, 2005.                      BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge